UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

AMANUDDIN ZIA                                    CASE NO.  1:26-CV-01051 SEC P

VERSUS                                           JUDGE EDWARDS

E. GARCIA                                        MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 4), noting the absence of objection thereto, and concurring with findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers this 22nd day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE